August W. L. Ruthenberg, Respondent, v. Newton M. Collins and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs and disbursements.

Luther M. Knapp, Appellant, v. Amoretta A. Ripson, Individually and as Sole Surviving Administratrix, etc., of John E. Ripson, Deceased, and Others, Respondents.—Judgment affirmed, with costs. All concurred.

Harvey H. Hevenor, Respondent, v. Judge Company, Appellant.— Order appealed from modified so as to provide: "So much of defendant's motion as asks that the preliminary words of the statement of facts constituting each of the alleged causes of action set forth in the complaint, other than the first, be stricken out, is granted, with leave to the plaintiff within ten days to serve an amended complaint omitting said words and inserting in place thereof the following: 'repeats all the allegations contained in the first five subdivisions of the first alleged cause of action,' or make such other amendment as plaintiff may be advised. In all other respects defendant's motion is denied." As so modified the order appealed from is affirmed, without costs to either party. All concurred

Avon Springs Sanitarium Company, Plaintiff, v. J. Francis Kellogg, Defendant.— Defendant's exceptions overruled and motion for new trial denied and judgment ordered for plaintiff upon the verdict, with costs. All concurred, except McLennan, P. J., who dissented for the reasons stated in dissenting opinion reported in 119 Appellate Division, 516.*

Thomas Onyan, Appellant, v. James Burns and Others, Respondents.— Judgment and order affirmed, with costs. All concurred.

Julia Henry, Respondent, v. Griffith M. Jones, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, upon the ground that the verdict is contrary to evidence. All concurred, except McLennan, P. J., who dissented.

James R. Tyler, Respondent, v. Standard Wine Company, Appellant.— Judgment affirmed, with costs. All concurred.

Mary Kelly, as Administratrix, etc., of Ellen Neville, Deceased, Appellant, v. The Buffalo Savings Bank, Respondent.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the evidence raised a question of fact which should have been submitted to the jury. All concurred.

Aaron Clough, Appellant, v. Walter Fox and Alonzo Fox, Respondents.— Judgment and order affirmed, with costs. All concurred.

Edward Waldick, Appellant, v. Prudential Insurance Company of America and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Howard W. Alling, Respondent, v. Henry Hirschberg, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

---

* *Avon Springs Sanitarium Co.* v. *Weed* (119 App. Div. 560, 566).— [REP.